IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JAMES DeMARCO, *et. al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL LAPAY, *et. al*,<br><br>    Defendants. | Case No. 2:09-CV-190 TS<br><br>ORDER |

The Court approves of the following Scheduling Order:

SCHEDULE

| | |
|---|---|
| December 13, 2011 | All fact discovery (to be propounded no later than November 13, 2011) shall be completed. |
| December 13, 2011 | Deadline for service of plaintiffs' Rule 26(a)(2) expert disclosures on opposing counsel. |
| January 12, 2012 | Deadline for service of defendants' Rule 26(a)(2) expert disclosures on opposing counsel. |
| January 26, 2012 | Close of expert discovery. |
| January 13, 2012 | Deadline for dispositive motions. |
| February 6, 2012 | Deadline for plaintiffs' Rule 26(a)(3) pretrial disclosures. |
| February 20, 2012 | Deadline for defendants' Rule 26(a)(3) pretrial disclosures. |

The Court's scheduling order of July 19, 2011 is incorporated into this Scheduling Order and remains in full force and effect, except that this Scheduling Order controls over any and all inconsistencies.

Dated: November 8, 2011

_____
District Court Judge