**WRONA LAW FIRM, P.C.**
Joseph E. Wrona (#8746)
wrona@wasatchlaw.com
Timothy R. Pack (#12193)
pack@wasatchlaw.com
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Attorneys for Defendants Joe Wrona and
Wrona Offices, P.C.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES DE MARCO; CHERYL DE MARCO; GEORGE DE MARCO; JEFFREY OTT; NANCY OTT; SLOPESIDE PROPERTIES; LLC,<br><br>Plaintiffs,<br>vs.<br><br>MICAHEL LAPAY, PALADIN DEVELOPMENT PARTNERS, LLC, a Utah limited liability company; RORY MURPHY, GEORGE BRYANT, and CHRISTOPHER CONABEE, ORCO CONTRACTING, LLC; WILLIAM R. OKLAND; BRETT J. OKLAND,<br><br>Defendants. | **JOSEPH WRONA AND WRONA LAW OFFICES, P.C.'S NOTICE OF INTENT TO RELY UPON EXISTING COUNTERCLAIM AND PLAINTIFFS' RESPONSE TO THAT COUNTERCLAIM**<br><br>Case No. 2:09-cv-00190<br><br>Judge: Ted Stewart |

Joseph Wrona and Wrona Law Offices, P.C., by and through their counsel of record, hereby provide notice of their intent to rely upon their Counterclaim filed on June 9, 2009, as

Document No. 11, and that no additional response to Plaintiffs' Second Amended Complaint and Demand for Jury Trial filed on November 1, 2011 as Document No. 104 is required from these Defendants.

DATED this 14th day of November, 2011.

**WRONA LAW FIRM, P.C.**

/s/ Joseph E. Wrona
Joseph E. Wrona
Timothy R. Pack
Attorneys for Defendants Joseph
Wrona and Wrona Law Offices, P.C.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF participants:

Jon S. Manzano
legalservices@mammothattorney.com
MINARET LEGAL SERVICES, P.C.
181 Sierra Manor Road, Suite 4
P.O. Box 8931
Mammoth Lakes, California 93546

Alvin R. Lundgren
al@lundgren-law.com
5015 W. Old Highway, Suite 200
Mountain Green, Utah 84050

John A. Snow
jsnow@vancott.com
Alex B. Leeman
aleeman@vancott.com
VAN COTT, BAGLEY, CORNWALL & MCCARTHY
36 South State Street, Suite 1900
Salt Lake City, Utah 84111

/s/ Ashley Woodard