VAN COTT, BAGLEY, CORNWALL & McCARTHY
John A. Snow (3025) (jsnow@vancott.com)
Alex B. Leeman (12578) (aleeman@vancott.com)
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Defendants Paladin, LaPay, Murphy, Bryan, and Conabee*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION, STATE OF UTAH

| | |
|---|---|
| JAMES DEMARCO, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL LAPAY, ET AL.<br><br>Defendants. | **DECLARATION OF MICHAEL LAPAY REGARDING PRODUCTION OF EMAILS**<br><br>Case No. 2:09-CV-00190<br><br>Judge Ted Stewart |

The undersigned, Michael LaPay, testifies and declares as follows:

1. I, Michael LaPay, am a minority owner of the entity Paladin Development Partners, LLC ("Paladin"). In my role as a member of Paladin, I was involved in the development of the Silver Star project, and have personal knowledge of the facts stated herein.

2. In preparing responses to discovery requests in this case, I have been asked by my attorney to gather all emails I have related to the Silver Star project.

3. As I testified in my deposition, I typically communicated with people by telephone or in person during the course of the Silver Star project, and I did not use email very

often. It is my belief that copies of most of the emails I did send or receive were archived in printed form in Paladin's project files.

4.      I searched through all the emails I have on my computer and on my email provider's site for emails related to the Silver Star project. I located a handful of additional emails which I turned over to my attorney for production.

5.      As I explained in my deposition, I have changed computers several times over the years. In addition, I do not believe my email provider archives emails indefinitely.

6.      Paladin has made its complete project files available to Plaintiffs. I have not concealed or failed to produce any emails related to the Silver Star project.

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this _____ day of January, 2012.

_____
Michael LaPay

4822-4912-8206, v. 1

2