Exhibit E

**VANCOTT**

JOHN A. SNOW, ESQ.
Direct Dial: 801.237.0204
Email: jsnow@vancott.com

ALEX B. LEEMAN, ESQ.
Direct Dial: 801.237.0226
Email: aleeman@vancott.com

June 6, 2012

**VIA U.S. MAIL and EMAIL**

John S. Manzano, Esq.
MINARET LEGAL SERVICES, APC
181 Sierra Manor Road, #4
PO Box 8931
Mammoth Lakes, CA 93546
Email: jmanzano@mammothattorney.com

VANCOTT, BAGLEY,
CORNWALL &
MCCARTHY, P.C.

ESTABLISHED 1874

Re: *James Demarco, et al. v. Paladin Development Partners, et al.*

Dear John:

The purpose of this letter is to follow up on a few matters discussed at and following the deposition of your experts on May 24, 2012. First, Russell Hansen indicated at his deposition that a list of defects was provided to him by Ms. DeMarco through email at or around the time Western Architectural was hired to evaluate Cottage 19. *See* Deposition of Russell Hansen, 18:2-19. Mr. Hansen indicated that he would produce this email to us. Please advise as to when I can expect to receive this email, as well as any other emails or correspondence omitted from your expert's file.

Second, you indicated following Mr. Hansen's deposition that you had nearly finished assembling your clients' financial information for production to us in response to document requests dated November 11, 2011. You were ordered to produce this information by the court on January 20, 2012. Please advise as to when we can expect to receive this information. If we do not hear from you promptly on this issue, we will have no choice but to seek redress with the court.

Lastly, I was encouraged by our candid discussion following the depositions regarding settlement. I hope we can explore resolution before the parties are forced to spend additional time and resources on pretrial pleadings and hearings.

Should you have any questions regarding the foregoing, please contact us at your earliest convenience.

36 S. STATE STREET
SUITE 1900
SALT LAKE CITY, UTAH
84111-1478 USA
T 801.532.3333
F 801.534.0058
WWW.VANCOTT.COM

LAW OFFICES
SALT LAKE CITY
OGDEN
PARK CITY
LAS VEGAS

Very truly yours,

John A. Snow
Alex B. Leeman
VAN COTT, BAGLEY, CORNWALL & MCCARTHY



MEMBER
LEX MUNDI
THE WORLD'S LEADING ASSOCIATION
OF INDEPENDENT LAW FIRMS