# Exhibit F

| | |
|---|---|
| **From:** | Alex B. Leeman |
| **Sent:** | Thursday, June 14, 2012 8:11 AM |
| **To:** | John Manzano |
| **Cc:** | 'Meredith Manzano'; 'Nancy Steelman' |
| **Subject:** | RE: DeMarco v. LaPay, et al. |

**Attachments:** ltr to J. Manzano 6-6-12.pdf

John,

What's the plan with this stuff?  I was hoping after our conversation that we would have these documents by now.  We don't need to file motions, do we?

Alex

**ALEX B. LEEMAN**
ATTORNEY



**VAN COTT, BAGLEY, CORNWALL & MCCARTHY**
36 SOUTH STATE STREET SUITE 1900
SALT LAKE CITY, UTAH 84111
T (801) 237-0226   F (801) 237-0882
aleeman@vancott.com
www.vancott.com

MEMBER
LEX MUNDI
THE WORLD'S LEADING ASSOCIATION
OF INDEPENDENT LAW FIRMS

---

**From:** Barbara Mackay
**Sent:** Wednesday, June 06, 2012 3:06 PM
**To:** John S. Manzano (jmanzano@mammothattorney.com)
**Cc:** Alex B. Leeman
**Subject:** DeMarco v. LaPay, et al.

Please see attached letter.

**BARBARA MACKAY**
LEGAL ASSISTANT



**VAN COTT, BAGLEY, CORNWALL & MCCARTHY**
36 SOUTH STATE STREET SUITE 1900
SALT LAKE CITY, UTAH 84111
T (801) 237-0284   F (801) 237-0891
bmackay@vancott.com
www.vancott.com



LEX MUNDI
THE WORLD'S LEADING ASSOCIATION
OF INDEPENDENT LAW FIRMS

6/29/2012