Exhibit G

| | |
|---|---|
| **From:** | Meredith Manzano [mmanzano@mammothattorney.com] |
| **Sent:** | Monday, June 18, 2012 11:49 AM |
| **To:** | Alex B. Leeman |
| **Subject:** | RE: DeMarco v. LaPay, et al. |

Alex-

We apologize for the delayed response.  John has been out of town in deposition/trial.  He is currently drafting a settlement proposal and will have it to you by the end of this week.

Thank you.

*Meredith L. Manzano*

*Paralegal*

*Minaret Legal Services, APC*

*181 Sierra Manor Road, #4*

*Mammoth Lakes, CA 93546*

*(760) 934-4660*

*mmanzano@mammothattorney.com*

**Confidentiality Notice**

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Alex B. Leeman [mailto:aleeman@vancott.com]
**Sent:** Thursday, June 14, 2012 7:14 AM
**To:** John Manzano
**Cc:** Meredith Manzano; Nancy Steelman
**Subject:** RE: DeMarco v. LaPay, et al.

John,

What's the plan with this stuff?  I was hoping after our conversation that we would have these documents by now.  We don't need to file motions, do we?

Alex

**ALEX B. LEEMAN**
ATTORNEY



**VAN COTT, BAGLEY, CORNWALL & MCCARTHY**
36 SOUTH STATE STREET SUITE 1900
SALT LAKE CITY, UTAH 84111
T (801) 237-0226   F (801) 237-0882
aleeman@vancott.com
www.vancott.com



---

**From:** Barbara Mackay
**Sent:** Wednesday, June 06, 2012 3:06 PM
**To:** John S. Manzano (jmanzano@mammothattorney.com)
**Cc:** Alex B. Leeman
**Subject:** DeMarco v. LaPay, et al.

Please see attached letter.

**BARBARA MACKAY**
LEGAL ASSISTANT



**VAN COTT, BAGLEY, CORNWALL & MCCARTHY**
36 SOUTH STATE STREET SUITE 1900
SALT LAKE CITY, UTAH 84111
T (801) 237-0284   F (801) 237-0891
bmackay@vancott.com
www.vancott.com



This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privilege), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful. IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

6/29/2012